## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRISTHIAN CAMILO BRINEZ-GAVIRIA** | : | |
| *Petitioner,* | : | |
| | : | |
| **v.** | : | **CIVIL NO. 26-4090** |
| | : | |
| **J. L. JAMISON et al.,** | : | |
| *Respondents.* | : | |
| | : | |

**Scott, J.**                                                                                  **June 30, 2026**

### <u>MEMORANDUM</u>

Petitioner Cristhian Camilo Brinez-Gaviria filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, seeking immediate release.  ECF No. 6 at 20.  Mr. Brinez-Gaviria alleges that his detention by the United States Department of Homeland Security ("DHS") violates the Immigration and Nationality Act ("INA"), his Fifth Amendment Due Process rights, and the Administrative Procedure Act ("APA").  *Id.* at 13–19.

Mr. Brinez-Gaviria is a noncitizen from Colombia.  *Id*. at 1.  He entered the United States in March 2022 and presented himself to immigration authorities at a port of entry with his wife and minor child.  *Id* at 2.  Subsequently, he was detained for approximately two days before being released and permitted to enter the United States.  *Id.*  Mr. Brinez-Gaviria has resided in Pennsylvania since his release and applied for asylum in addition to obtaining employment authorization and a social security card during his residence.  *Id.*  In June 2023, DHS detained Mr. Brinez-Gaviria "near his home despite his history of compliance, pending asylum application, and lack of criminal history[,]" placing him at the Philadelphia Federal Detention Center.  *Id.*

Mr. Brinez-Gaviria is detained pursuant to 8 U.S.C. § 1225(b)(2)(A), which states that,

1

"[i]n the cases of an alien who is an applicant for admission, if the examining immigration officer determines that an alien seeking admission is not clearly and beyond a doubt entitled to be admitted, the alien shall be detained for a proceeding under section 1229a of this title."  The central issue of this case is summarized in the Government's brief: "the fundamental point of departure between the government's position and the position advanced by petitioners and adopted in hundreds of decisions in this district relates to the correct interpretation of § 1225(b)(2)(A)[.]" ECF No. 8 at 3.

For the reasons given in *Kashranov v. Jamison* and *Demirel v. Fed. Det. Ctr. Philadelphia*, this Court holds that Mr. Brinez-Gaviria's detention violates the INA.  2025 WL 3188399 (E.D. Pa. Nov. 14, 2025); 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025); *see also Ndiaye v. Jamison*, 2025 WL 3229307 (E.D. Pa. Nov. 19, 2025); *see also Cantu-Cortes v. O'Neill*, 2025 WL 3171639 (E.D. Pa. Nov. 13, 2025); *see also Centeno Ibarra v. Warden of the Fed. Det. Ctr. Philadelphia*, 2025 WL 3294726 (E.D. Pa. Nov. 25, 2025).

This Court therefore grants Mr. Brinez-Gaviria's request for immediate release, given that his detention under 8 U.S.C. § 1225(b)(2) violates the INA.  Moreover, ICE is enjoined from detaining Mr. Brinez-Gaviria under 8 U.S.C. § 1226(a) for seven days following his release. An appropriate Order accompanies this Memorandum.