### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **CRISTHIAN CAMILO BRINEZ-GAVIRIA** | : | |
| *Petitioner,* | : | |
| | : | |
| **v.** | : | **CIVIL NO. 26-4090** |
| | : | |
| **J. L. JAMISON et al.,** | : | |
| *Respondents.* | : | |
| | : | |

### ORDER

**AND NOW,** this **30th** day of **June 2026,** upon consideration of Mr. Brinez-Gaviria's Petition for a Writ of Habeas Corpus (ECF Nos. 1, 6) and Respondents' Answer (ECF Nos. 4, 8), it is hereby **ORDERED** that the Petition is **GRANTED**.  It is **FURTHER ORDERED** as follows:

1. Respondents shall release Mr. Brinez-Gaviria from custody immediately and file a certificate of compliance on the docket no later than **5:00 p.m. on July 1, 2026.**

2. The Government is enjoined from detaining Mr. Brinez-Gaviria under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. The Clerk of Court shall mark this case as **CLOSED.**

**BY THE COURT:**

_/S/ Kai N. Scott_____
**HON. KAI N. SCOTT**
**United States District Court Judge**